**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICARDO ANGELO WHITE, SR., d/b/a RAW DEALS LIQUIDATION SALES, LLC,

Plaintiff

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant

Case No.: 2:26-cv-02807-APG-MDC

**Order Striking Certificate of Interested Parties**

I ORDER that defendant Hartford Underwriters Insurance Company's certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Hartford's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER defendant Hartford Underwriters Insurance Company to file a proper certificate of interested parties by September 24, 2026.

DATED this 10th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE